United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR RENEWABLE ENERGY, INC, et al.,

Plaintiffs,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,

Defendants.

Case No. 25-cv-10532-JSC

**JUDGMENT**

The Court having granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 16) by Order filed October 9, 2026, enters judgment in favor of Defendants and against Plaintiffs with prejudice.

**IT IS SO ORDERED.**

Dated: October 9, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge